# EXHIBIT 2

**Privileged and Confidential | Attorney Work Product**

| Claim Limitation | Example Infringement by Oracle Micros Products and Services, Including Simphony POS and KDS |
|---|---|
| 1. A method comprising: | Oracle's products and services, including Simphony POS and KDS, provide an ecosystem for restaurants.  In terms of connectivity and interoperability of the elements in its ecosystem, Oracle's products and services provide "[c]onnect all of your systems together on a flexible, cloud-based platform that's built to work with the way you do business." https://www.oracle.com/food-beverage/restaurant-pos-systems/simphony-pos/.  For example, "Oracle MICROS Simphony is a cloud-based Point-of-Sale (POS) solution that provides business management capabilities using a single tool with vast integration capabilities to property management systems, paperless kitchen display systems, credit card interfaces, and reporting applications." https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_preface.htm.<br><br>Oracle emphasizes that its technology is "[b]uilt on a cloud-based open API framework with more than 200 integration partners, [so that] Simphony POS gives you the freedom to tailor the platform to your unique needs." https://www.oracle.com/food-beverage/restaurant-pos-systems/simphony-pos/.  Oracle's products and services enable restaurants to "[c]onnect directly with DSPs [delivery service providers] with validated integrations to all major players and bring together omnichannel performance with unified reporting and analytics." *Id*.  For example, Simphony provides a menu management system via which menu items can be instantly updated across POS devices, digital menu screens, websites, and mobile apps.  *Id*.<br><br>Simphony integrates with Oracle Hospitality Kitchen Display Systems (KDS), and "Oracle KDS consolidates orders from all channels, including in-house waitstaff, self-service kiosk, drive-through websites, mobile apps, and third-party delivery platforms." *Id*.  Among other things, Simphony works with KDS to "[a]utomate, pace, track, and fulfil orders with efficiency and accuracy" and "[m]anage transaction processing and kitchen operations from a single solution." *Id*.<br><br>Oracle touts its direct integrations to popular delivery service providers, such as Uber Eats and DoorDash, among many others.  See https://www.oracle.com/food-beverage/restaurant-pos-systems/pos-integrations/.  Oracle's open API, namely, its Simphony Transaction Services Gen2 (STSG2), which is a RESTful API transaction interface, facilitates these integrations.  See https://www.oracle.com/food-beverage/restaurant-pos-systems/pos-integrations/partners/.<br><br>Oracle provides a "Configuration Checklist" regarding "setup activities related to delivery service providers," including a list of connection details without which "you cannot use the delivery service provider[s]."  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_config_checklist.htm. |
| receiving, by a server from a | Oracle's products and services are cloud-based, and the cloud-based "Simphony POS gives you the freedom to tailor the platform to your unique needs."  https://www.oracle.com/food-beverage/restaurant-pos- |

| | |
|---|---|
| plurality of service provider computers, a plurality of electronic messages corresponding to a plurality of requests, each electronic message comprising order data corresponding to each request, the order data of each electronic message comprising: | systems/simphony-pos/.  Oracle provides "delivery connectors" to connect Simphony POS to service provider platforms, such as Uber Eats and DoorDash.  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_intro_delivery_connectors.htm.  The delivery connectors enable Simphony to manage service provider platforms to push updated menus (including images and prices) to the service provider systems, receive orders from service providers, and route service provider orders to kitchen devices.  *See id*. Delivery connectors are part of the Simphony Transaction Services Cloud Service, which is a subproduct of Simphony Cloud Services.  https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_food_delivery_version_support.htm.  Oracle's cloud-based products and services use at least one server.<br><br>Oracle provides detailed instructions for connecting with service provider platforms, including DoorDash and UberEats, for example.  In this regard, Oracle instructs restaurants to "[c]reate an order type for each delivery service provider you do business with" and "[n]ame the order type after the delivery service provider." https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_food_delivery_order_type-01.htm and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_food_delivery_order_type-04.htm.  Doing so "makes it easier to track the orders for that delivery service provider in the kitchen and on reports." *Id*.  Further, "[c]onfiguring a dedicated employee record for [service provider platforms'] orders allows you to track these orders." https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_food_delivery_doordash_employee.htm and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_food_delivery_uber_employee.htm. Oracle states that this information is required for proper Uber Eats and DoorDash integration setups.  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_food_delivery_info_required.htm.<br><br>Menu items are specifically defined for each service provider platform.  https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_food_delivery_menu_items_doordash.htm and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/t_menu_items_tags_uber.htm.  Oracle states that menu-related information is required for Uber Eats and DoorDash integrations.  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_food_delivery_info_required.htm.<br><br>Oracle indicates that "[c]onfiguration for delivery service provider platform integrations is specified in EMC [Enterprise Management Console]" and provides sample JSON documents in this regard.  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/t_food_delivery_data_ext_rvc_column_doordash.htm; https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_JSON_sample_doordash_single_menu.htm; https://docs.oracle.com/en/industries/food- |

| | |
|---|---|
| | beverage/simphony/19.5/simad/t_food_delivery_data_ext_rvc_column.htm, and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_JSON_sample_uber.htm.<br><br>Restaurants activate the delivery service provider interface via a selection under Delivery Platform Integrations, which is accessed via the Interfaces tab.  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/t_food_delivery_enable-01.htm and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/t_food_delivery_enable-04.htm.<br><br>Once the integration is live, setup can be verified with a sample order (see https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/t_food_delivery_verification_doordash.htm and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/t_food_delivery_verification_uber.htm).<br><br>Once service provider integrations are configured and enabled, an Oracle server receives from these third-parties electronic messages corresponding to orders that have been placed.<br><br>Service provider platforms typically use RESTful APIs and webhooks for managing orders, transmitting data with JSON files.  This is true for service provider platforms such as DoorDash (*see, e.g.*, https://developer.doordash.com/en-US/docs/marketplace/how_to/order_integration/) and Uber Eats (*see, e.g.*, https://developer.uber.com/docs/eats/references/api/integration_activation_suite).  These are examples of electronic messages, received by the Oracle server, once the service provider platform is successfully onboarded and enabled.<br><br>Therefore, this limitation is met. |
| at least one requested item, | Each order from a service provider platform includes at least one requested item.  The cloud-based Simphony POS includes a "menu management system allow[ing] you to instantly update menu items across POS devices, digital menu screens, websites, and mobile apps" and "[m]anage ingredients, pricing, availability by channel and compliance with local regulations—all from a centralized platform."  https://www.oracle.com/food-beverage/restaurant-pos-systems/simphony-pos/.<br><br>Oracle also provides specific instructions about to how specifically define menu items for each service provider platform it supports.  https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_food_delivery_menu_items_doordash.htm and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/t_menu_items_tags_uber.htm.  Oracle |

| | |
|---|---|
| | states that menu-related information is required for proper Uber Eats and DoorDash integration setups.  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_food_delivery_info_required.htm.<br><br>Further, "Oracle KDS consolidates orders from all channels, including in-house waitstaff, self-service kiosk, drive-through websites, mobile apps, and third-party delivery platforms."  https://www.oracle.com/food-beverage/restaurant-pos-systems/simphony-pos/.<br><br>Example JSON files from providers like DoorDash and Uber Eats show structured text with indications of one or more items being ordered.  As one example, see the example `GetOrder` JSON snippet from Uber Eats' Order Fulfillment API Suite available at https://developer.uber.com/docs/eats/references/api/order_suite#tag/WebhookEvents/paths/webhookEvents/post. The `carts` element includes the sub-element `items` with `"id": "pizza_cheese"`. For a DoorDash sample order, see https://developer.doordash.com/en-US/docs/marketplace/reference/sample_order, which includes an `"items"` element that specifies in this example that the name of the item being ordered is a `"Burrito Scram-Bowl"`.<br><br>Further, an order must include at least one item being ordered.  Therefore, this limitation is met. |
| a first identifier of a user initiating the request, | Orders from service provider platforms include identifiers specifying the users initiating the requests, i.e., the persons the orders are for.<br><br>Example JSON files from providers like DoorDash and Uber Eats show structured text with indications of one or more order-initiating customers.  As one example, see the example `GetOrder` JSON snippet from Uber Eats' Order Fulfillment API Suite available at https://developer.uber.com/docs/eats/references/api/order_suite#tag/WebhookEvents/paths/webhookEvents/post. The `customers` element includes the sub-element `name` with `"display_name": "Uber L"`. For a DoorDash sample order, see https://developer.doordash.com/en-US/docs/marketplace/reference/sample_order, which includes a `"consumer"` element that identifies first and last names, among other details.<br><br>Further, an order must specify who it is for.  Therefore, this limitation is met. |
| a second identifier of at least one service provider computer within the plurality of service provider computers | Each order from a service provider platform includes an identifier specifying the service provider via which the request was placed.<br><br>Oracle instructs restaurants to register with DoorDash and Uber Eats.  The `name` in the Sample JSON documents provides the name of the service provider platform, e.g., `"name": "DoorDash"` and `"name": "Uber Eats"` in the `deliveryPlatformConfigurations` integration configuration JSON.  See https://docs.oracle.com/en/industries/food- |

| transmitting the electronic message to the server, and | beverage/simphony/19.5/simad/c_JSON_sample_doordash_single_menu.htm and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_JSON_sample_uber.htm.

Example JSON files from providers like DoorDash and Uber Eats show structured text with indications of the service provider platform.  As one example, see the example `GetOrder` JSON snippet from Uber Eats' Order Fulfillment API Suite available at https://developer.uber.com/docs/eats/references/api/order_suite#tag/WebhookEvents/paths/webhookEvents/post, where `"ordering_platform" : "UBER_EATS"`. For a DoorDash sample order, see https://developer.doordash.com/en-US/docs/marketplace/reference/sample_order, which specifies the `"experience"` as `"DOORDASH"`.

The KDS also will display related information based on, for example, order type and employee assigned to the specific integration.  "Oracle KDS consolidates orders from all channels, including in-house waitstaff, self-service kiosk, drive-through websites, mobile apps, and third-party delivery platforms." https://www.oracle.com/food-beverage/restaurant-pos-systems/simphony-pos/.  This makes it possible to "[m]anage transaction processing and kitchen operations from a single solution." *Id*.

Naming an order type after the delivery service provider "makes it easier to track the orders for that delivery service provider in the kitchen and on reports." https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_food_delivery_order_type-01.htm and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_food_delivery_order_type-04.htm. Further, "[c]onfiguring a dedicated employee record for [service provider platforms'] orders allows you to track these orders." https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_food_delivery_doordash_employee.htm and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_food_delivery_uber_employee.htm. Oracle states that this information is required for proper Uber Eats and DoorDash integration setups.  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_food_delivery_info_required.htm.

Further, an order must specify the service provider platform via which it was placed, e.g., for reporting and other purposes as described above.

Therefore, this limitation is met. |
| a third identifier of a merchant | Orders from service provider platforms include identifiers specifying specific restaurants, i.e., the restaurants that ultimately will fulfill the order. |

| | |
|---|---|
| satisfying the request; | Oracle instructs restaurants to register with DoorDash and Uber Eats.  Restaurants "[e]stablish a store in DoorDash for each revenue center that will process DoorDash orders" in order to "receive store IDs for each store created."  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/t_food_delivery_doordash_register.htm.  Instructions for Uber Eats are provided at https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/t_food_delivery_uber_register.htm.  The `rvcIdentifier` in the Sample JSON documents is the "[i]dentifier for the revenue center" or, in other words, "the Site ID obtained during the registration process."  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_JSON_sample_doordash_single_menu.htm and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_JSON_sample_uber.htm.  <br><br>Example JSON files from providers like DoorDash and Uber Eats show structured text with indications of one or more order-initiating customers.  As one example, see the example `GetOrder` JSON snippet from UberEats' Order Fulfillment API Suite available at https://developer.uber.com/docs/eats/references/api/order_suite#tag/WebhookEvents/paths/webhookEvents/post.  The `store` element includes sub-elements `"id": "bd1ed236-ee79-11ed-a05b-0242ac120003"` and `"name": "Uber's Pizza Palace"`. For a DoorDash sample order, see https://developer.doordash.com/en-US/docs/marketplace/reference/sample_order, which specifies a `"merchant_supplied_id"` in the `"store"` element.  <br><br>Further, an order must specify the restaurant that is to fulfill that order.  Therefore, this limitation is met. |
| executing, by the server, an extraction protocol to extract the order data corresponding to each request within each electronic message; | Service provider platforms typically use RESTful APIs and webhooks for managing orders, transmitting data with JSON files.  This is true for service provider platforms such as DoorDash (*see, e.g.,* https://developer.doordash.com/en-US/docs/marketplace/how_to/order_integration/) and Uber Eats (*see, e.g.,* https://developer.uber.com/docs/eats/references/api/integration_activation_suite).  Oracle's open API, namely, its Simphony Transaction Services Gen2 (STSG2), also is a RESTful API transaction interface.  See https://www.oracle.com/food-beverage/restaurant-pos-systems/pos-integrations/partners/.  <br><br>The Oracle server extracts order information from JSON files or the like – e.g., it extracts at least the items in the order, the person making the order, the service provider platform through which the order was placed, and the restaurant that is to fulfill the order – in accordance with a protocol consistent with the JSON or other schema or the like, so that the integrations can operate as intended.  Therefore, this limitation is met. |
| identifying, by the server, a client computing device associated with the merchant; | The Oracle server identifies the POS associated with the integration, which is specified in connection with the Site ID and `rvcIdentifier`.  <br><br>This is facilitated, in part, because Oracle instructs restaurants to register with DoorDash and Uber Eats.  Restaurants "[e]stablish a store in DoorDash for each revenue center that will process DoorDash orders" in order to |

| | |
|---|---|
| | "receive store IDs for each store created."  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/t_food_delivery_doordash_register.htm.  Instructions for Uber Eats are provided at https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/t_food_delivery_uber_register.htm. The `rvcIdentifier` in the Sample JSON documents is the "[i]dentifier for the revenue center" or, in other words, "the Site ID obtained during the registration process."  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_JSON_sample_doordash_single_menu.htm and https://docs.oracle.com/en/industries/food-beverage/simphony/19.5/simad/c_JSON_sample_uber.htm.<br><br>The KDS also will display related information based on, for example, order type and employee assigned to the specific integration.  "Oracle KDS consolidates orders from all channels, including in-house waitstaff, self-service kiosk, drive-through websites, mobile apps, and third-party delivery platforms." https://www.oracle.com/food-beverage/restaurant-pos-systems/simphony-pos/.  This makes it possible to "[m]anage transaction processing and kitchen operations from a single solution." *Id*.<br><br>Further, an order must specify the restaurant that is to fulfill that order.  Therefore, this limitation is met. |
| generating, by the server, a machine-readable file comprising the extracted order data; and | As shown above, service provider platforms typically use RESTful APIs and webhooks for managing orders, transmitting data with JSON files.  Oracle's server reformats the extracted information about the order into a machine-readable format for its own RESTful API.  This extracted information is transmitted from the Oracle server to a POS endpoint in the form of a file, which the Oracle server generates.  Therefore, this limitation is met. |
| transmitting, by the server, the machine-readable file to the identified client computing device, whereby the identified client computing device populates a graphical user interface according to the machine-readable file, the graphical user interface | The extracted information about the order is transmitted to the POS associated with the integration, which is specified at the time the integration is onboarded via the Site ID and `rvcIdentifier`.  Doing so populates a graphical user interface with information about the order, including indicators for items being ordered and indicators of the service provider via which the request was placed which, in turn, is facilitated by the order type and employee assigned to the specific integration.<br><br>The POS system to which the integration is connected will display this kind of information, as will the KDS.  More particularly, delivery connectors enable Simphony POS to receive orders from delivery device providers, and route delivery service provider orders to kitchen devices.  See https://docs.oracle.com/en/industries/food-beverage/simphony/19.4/simdc/c_intro_delivery_connectors.htm.<br><br>Further, "Oracle KDS consolidates orders from all channels, including in-house waitstaff, self-service kiosk, drive-through websites, mobile apps, and third-party delivery platforms." https://www.oracle.com/food-beverage/restaurant-pos-systems/simphony-pos/.  Among other things, Simphony works with KDS to "[a]utomate, |

| | |
|---|---|
| comprising a first indicator corresponding to the requested item and a second indicator corresponding to the second identifier. | pace, track, and fulfil orders with efficiency and accuracy" and "[m]anage transaction processing and kitchen operations from a single solution." *Id*.<br><br>Furthermore, Oracle instructs users to "[u]se Simphony Point of Sale from Oracle . . . with our direct connection to Uber Eats, . . . DoorDash, . . . and other popular online ordering apps.  Each online order automatically flows through your POS for payment processing, inventory updates, kitchen prep, delivery updates, and more—all managed from a single secure cloud platform."  See https://www.oracle.com/food-beverage/restaurant-pos-systems/online-ordering/#online.<br><br>As established above, a service provider platform will be associated with an Order Type.  An order is associated with a KDS chit.  The Simphony Essentials Configuration Guide explains how to change KDS chit displays, including the Order Type Font and Order Type Font size, meaning that the KDS, which displays KDS chits, will specify the Order Type and hence the service provider platform for an order.  See https://docs.oracle.com/en/industries/food-beverage/simphony-essentials/sslcg/t_emc_kds_display.htm.<br><br>Therefore, this limitation is met. |